Joseph **MINCEWICZ**, Plaintiff–Appellant,

v.

John **ARMSTRONG**, Commissioner, State of Connecticut; Jack Tokarz, Deputy Commissioner, State of Connecticut; Mr. Salidini, Contract Monitor, State of Connecticut; Ron Angelone, Director, State of Virginia Department of Corrections; Edward Morris, Deputy Director, State of Virginia Department of Corrections; S.K. Young; Mr. Naff, Counselor, State of Virginia Department of Corrections; Ms. Harris; A.P. Harvey; R.B. Phillips, Deputy Warden, State of Virginia Department of Corrections; M. Jessee, Correctional Officer, State of Virginia Department of Corrections, Defendants–Appellees.

**No. 00–7594.**

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2001.

Decided March 20, 2001.

Joseph Mincewicz, pro se.

Before TRAXLER, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Joseph Mincewicz appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mincewicz v. Armstrong*, No. CA–00–822–7 (W.D.Va. Nov. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*